STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LOUIS LIEBERMAN, PLAINTIFF IN ERROR.

Submitted January 5, 1912—Decided March 4, 1912.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 506.

For the plaintiff in error, *Adrian D. Sullivan* and *James A. Sullivan*.

For the defendant in error, *Munson Force*, assistant prosecutor of the pleas, and *Jacob Willard De Yoe*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, JJ. 12.

*For reversal*—None.